| | |
|---|---|
| HYDE & SWIGART<br>Robert L. Hyde (State Bar No. 227183)<br>bob@westcostlitigation.com<br>Joshua Swigart (State Bar No. 225557)<br>josh@westcoastlitigation.com<br>411 Camino Del Rio South, Suite 301<br>San Diego, CA 92108-3551<br>Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022<br><br>KAZEROUNIAN LAW GROUP<br>Abbas Kazerounian (State Bar No. 249203)<br>ak@kazlg.com<br>S. Mohammad Kazerouni (State Bar No. 252835)<br>Assal Assassi (State Bar No. 274249)<br>2700 North Main Street, Suite 1000<br>Santa Ana, CA 92866<br>Telephone: (800) 400-6806<br>Facsimile: (800) 520-5523<br><br>MEYER WILSON CO., LPA<br>Matthew R. Wilson<br>(admitted *pro hac vice*)<br>Email: mwilson@meyerwilson.com<br>1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066 | LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>Jonathan D. Selbin (State Bar No. 170222)<br>jselbin@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>Daniel M. Hutchinson (State Bar No. 239458)<br>dhutchinson@lchb.com<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco, California 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |

Attorneys for Plaintiff Joubin Mortezapour

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOUBIN MORTEZAPOUR, Individually and on Behalf of All Other Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>           Defendant. | Case No. 3:12-cv-01520-L-BLM<br>Hon. M. James Lorenz<br><br>**MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Plaintiff Joubin Mortezapour hereby moves to dismiss the above-captioned action voluntarily and without prejudice.

1066510.1

| | | |
|---|---|---|
| 1 | Dated: November 13, 2012 | Respectfully submitted, |
| 2 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |

By: */s/ Daniel M. Hutchinson*
 Daniel M. Hutchinson

Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Jonathan D. Selbin
jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

MEYER WILSON CO., LPA
Matthew R. Wilson
(*pro hac vice* to be filed)
Email: mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

HYDE & SWIGART
Robert L. Hyde
bob@westcostlitigation.com
Joshua Swigart
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

KAZEROUNIAN LAW GROUP
Abbas Kazerounian
ak@kazlg.com
S. Mohammad Kazerouni
Assal Assassi,
2700 North Main Street, Suite 1000
Santa Ana, CA 92866
Telephone: (800) 400-6806
Facsimile: (800) 520-5523

Attorneys for Plaintiff Joubin Mortezapour